**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OYSTER POINT PHARMA, INC.,<br><br>Plaintiff,<br>v.<br><br>LUPIN LTD.,<br><br>Defendant. | Civil Action No. 26-cv-00353-SRC-SDA |

**STIPULATED CONSENT JUDGMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Oyster Point Pharma, Inc. and Defendant Lupin Ltd. ("Lupin" and together with Plaintiff, the "Parties"), through their undersigned counsel of record, that:

1. This Court has jurisdiction over the Parties and the subject matter of this action.

2. The Parties stipulate and agree that all claims, counterclaims, and affirmative defenses asserted by the Parties against each other in the above-captioned action are hereby dismissed without prejudice.

3. Except as specifically authorized or otherwise modified between the parties, Lupin and anyone acting on behalf of Lupin shall not make, use, offer for sale, sell, or import the products that are the subject of ANDA No. 220392 in the United States before expiration of U.S. Patent Nos. 9,504,644; 9,504,645; 9,532,944; 9,597,284; 10,456,396; 11,224,598; 11,903,941; 11,903,943; and 11,911,380.

4. Each party will bear its own attorneys' fees and costs.

5. This Court will retain jurisdiction to enforce this Stipulated Consent Judgment and the Parties' related agreements resolving this matter.

Dated: July 15, 2026

By:
*s/ Gregory D. Miller*
Gregory D. Miller
**RIVKIN RADLER LLP**
25 Main Street
Court Plaza North, Suite 501
Hackensack, New Jersey 07601
Telephone: 201-297-2460
Facsimile: 201-489-0495
Gregory.Miller@rivkin.com

*Attorneys for Plaintiff,*
*Oyster Point Pharma, Inc.*

By:
*s/ James S. Richter*
James S. Richter
**MIDLIGE RICHTER LLC**
121 Union Avenue
Middlesex, Nj 08846
Telephone: 908-626-0622
Jrichter@Midlige-Richter.com

*Attorney for Defendant,*
*Lupin Ltd.*

SO ORDERED this ___ day of ____________, 2026 ______________________________________

HON. STANLEY R. CHESLER, U.S.D.J.